IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HUNTER L. TODD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:09cv869-ID |
| | )                 (WO) |
| ALABAMA POWER, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On October 19, 2009, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED and that this case be and is hereby TRANSFERRED to the United States District Court for the Southern District of Alabama, pursuant to the provisions of 28 U.S.C. § 1406(a).

Done this the 10th day of November, 2009.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE